```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/13/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Gallery Model Homes, Inc.,

                Defendant.

22 Civ. 9947 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated January 5, 2023, ECF No. 12, and Plaintiff's letter dated January 12, 2023, ECF No. 13. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 6, 2023**, Defendant shall file its motion to dismiss;
3. By **March 27, 2023**, Plaintiff shall file her opposition papers; and
4. By **April 10, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: January 13, 2023
      New York, New York

                                  ANALISA TORRES
                                 United States District Judge