```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

GALLERY MODEL HOMES, INC.,

        Defendant.

22 Civ. 9947 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 3, 2023, Defendant filed a motion to dismiss. ECF No. 19. On March 27, 2023, Plaintiff filed an amended complaint. ECF No. 20. By **April 11, 2023**, Defendant shall either: (1) file an answer to the amended complaint; (2) file a new motion to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that they rely on the previously filed motion to dismiss, ECF No. 19.

    SO ORDERED.

Dated: March 28, 2023
       New York, New York

                                   ANALISA TORRES
                               United States District Judge