UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Gallery Model Homes, Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/31/2023
```

22 Civ. 9947 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for June 20, 2023, is ADJOURNED *sine die*. By **June 7, 2023**, the parties shall file a joint letter requesting an extension of the discovery schedule. By **June 13, 2023**, the parties shall file a joint letter updating the Court on the status of mediation.

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                          ANALISA TORRES
                                United States District Judge